IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| KEITH MILLER, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| VS. § | |
| § CIVIL ACTION NO. 1:24-CV-00313 |
| NASDAQGL, JOANNA SOPHIA, and § JUDGE MICHAEL J. TRUNCALE |
| JOHN DOES 1 – 20, § | |
| § | |
| *Defendants*. § | |
| § | |

## ORDER AUTHORIZING EXPEDITED DISCOVERY

Before the Court is Plaintiff's Second Motion for Expedited Discovery. On February 25, 2025, this Court entered an Order authorizing Plaintiff to issue subpoenas to various third parties. [Dkt. 3.] Plaintiff has now received document productions responsive to those subpoenas and new information regarding a prior subpoena and seeks authorization to issue a second round of subpoenas aiming to discover additional information about the whereabouts, identities, and activities of the defendants he has sued.

Many courts, including this Court, have granted plaintiffs' motions for expedited discovery in cases, like this one, where the plaintiffs alleged that the defendants perpetrated a cryptocurrency-related "pig-butchering scam."[1]

---

[1] *See, e.g.*, *Harris v. Upwintrade*, No. 1:24-cv-00313-MJT, Dkt. 8, at p. 9 (authorizing expedited discovery); *Cohn v. Popescu*, No. 1:24-CV-00337-MJT, Dkt. 6, at pp. 8-9 (same); *Strivelli v. Doe*, No. 22-cv-22060 2022 WL 1082638, at *2 (D.N.J. Apr. 11, 2022) (authorizing expedited discovery from cryptocurrency exchanges in crypto case and noting "the Court's review of cryptocurrency theft cases reveals that courts often grant motions for

Here, as in those prior cases, the Plaintiff has shown that the discovery he seeks to issue is narrowly tailored to the task of revealing information he needs to effectively pursue his case against "John Doe" defendants who are alleged to have intentionally obscured their true identities and locations.

Accordingly, having reviewed Plaintiff's Motion and supporting exhibits, the Court finds that Plaintiff's Motion should be GRANTED. As requested in his Motion, Plaintiff is hereby authorized to issue subpoenas to (i) Text, Inc., (ii) Alphabet, Inc., and (iii) Microsoft Corporation. The subpoena targets shall respond to Mr. Miller's subpoenas within fourteen (14) days of the service of same, unless agreement is reached as to a longer response time.

---

expedited discovery to ascertain the identity of John Doe defendants"); *Licht*, 2023 WL 4504585, at *4 (issuing broad authorization for expedited discovery in functionally identical crypto-fraud case and requiring that "any party served with a request for production shall produce all requested items within 72 hours of the request").

- 3 -

Dated: May 6, 2025    Prepared By:

THE HODA LAW FIRM, PLLC

Marshal J. Hoda, Esq.
Tx. Bar No. 2411009
12333 Sowden Road, Suite B
PMB 51811
Houston, TX 77080
o. (832) 848-0036
marshal@thehodalawfirm.com

*Attorney for Plaintiffs*