IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| KEITH MILLER, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. 1:25-CV-00035 |
| NASDAQGL, a business association, | § | JUDGE MICHAEL J. TRUNCALE |
| JOANNA SOPHIA, an individual, and | § | |
| JOHN DOES 1–20, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

PLEASE BE ADVISED AND TAKE NOTICE that the above-styled cause is set for a

Telephonic Status Conference on **July 29, 2026 at 10:00 a.m.** Instructions for the call are as follows:

    Dial-In#: 571-353-2301
    Guest ID: 644304870

**SIGNED this 21st day of July, 2026.**

_____
Michael J. Truncale
United States District Judge