**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

Keith Miller,

*Plaintiff*,

v.

NASDAQgl, Joanna Sophia, and John Does 1 - 20,

*Defendants*.

Case No. 1:25-cv-00035-MJT

**Plaintiff's Notice of Voluntary Dismissal Without Prejudice**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Keith Miller hereby voluntarily dismisses this action in its entirety, including all claims against all Defendants, without prejudice. No Defendant has served an answer or a motion for summary judgment.

Dated: August 31, 2026

Respectfully submitted,

THE HODA LAW FIRM, PLLC

/s/ *Marshal J. Hoda*

Marshal J. Hoda, Esq.
Tx. Bar No. 24110009
3120 Southwest Fwy, Suite 101
PMB 51811
Houston, TX 77098
o. (832) 848-0036
marshal@thehodalawfirm.com

*Attorney for Plaintiff*