IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| KEITH MILLER,<br><br>*Plaintiff*,<br><br>VS.<br><br>NASDAQGL, a business association,<br>JOANNA SOPHIA, an individual, and<br>JOHN DOES 1–20,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:25-CV-00035<br>JUDGE MICHAEL J. TRUNCALE |

**ACKNOWLEDGEMENT OF PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

The Court has received the Plaintiff's Notice of Voluntary Dismissal without Prejudice filed in the above-styled matter. [Dkt. 8]. Plaintiff files this notice dismissing this action in its entirety, including all claims against all Defendants, without prejudice, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, the Court **ACKNOWLEDGES** that Plaintiff's claims in this case are hereby **DISMISSED WITHOUT PREJUDICE**, effective the date of the filing of the notice.

It is **ORDERED** that the Parties shall bear their own attorney's fees and costs, that all Court dates and deadlines are hereby **VACATED**, and that all pending motions filed herein are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this file.

**SIGNED this 3rd day of September, 2026.**

Michael J. Truncale
United States District Judge